Argued and submitted January 15, reversed
and remanded for trial February 8, 1982

STATE OF OREGON,
*Appellant,*

*v.*

JAMES N. SCHMITZ,
*Respondent.*

(No. 81-28 and 81-29, CA A21890)

639 P2d 1317

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Gregory J. Leineweber, St. Helens, waived appearance for respondent.

Before Gillette, Presiding Judge, and Roberts and Young, Judges.

PER CURIAM.

**PER CURIAM.**

The trial court's determination that there were no exigent circumstances justifying the warrantless search in this case was erroneous. Reversed and remanded for trial.